■ GERALD FLYNN et al., Appellants, v NEW YORK LIFE INSURANCE COMPANY, Defendant, and CHARLES WHITE, Respondent. (Appeal No. 2.)—Judgment unanimously affirmed with costs. Same Memorandum as in *Flynn v New York Life Ins. Co.* ([appeal No. 1] 174 AD2d 1032 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Boehm, J. —Breach of Contract.) Present—Callahan, J. P., Denman, Green, Pine and Lowery, JJ.